# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF GEORGIA

# SAVANNAH DIVISION

| | | |
|---|---|---|
| ROSE S. FERDINAND, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Case No. CV410-190 |
| CITY OF MIDWAY, ETAL (MIDWAY CITY HALL), and LIBERTY COUNTY, ETAL (LIBERTY CONSOLIDATED PLANNING COMMISSION), | ) ) ) ) ) ) | |
| Defendants. | ) | |

## ORDER

Pro se plaintiff Rose Ferdinand has filed a motion to add Trans-World Properties, LLC, as a defendant in this case. (Doc. 14.) Her motion, which is properly characterized as a Fed. R. Civ. P. 15 motion to amend her complaint, is unnecessary, since it was submitted within 21 days of service of her complaint. Fed. R. Civ. P. 15(a)(1). Accordingly, the motion is **DENIED** as moot. Ferdinand may file her amended complaint, including her claims against Trans-World Properties, LLC, within 14 days of the date of this Order.

**SO ORDERED** this __8th__ day of September, 2010.

_____
UNITED STATES MAGISTRATE JUDGE
SOUTHERN DISTRICT of GEORGIA