FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2010 SEP 17 AM 11:56

CLERK_____
SO. DIST. OF GA.

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
### SAVANNAH DIVISION

| | |
|---|---|
| ROSE S. FERDINAND, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. CV410-190 |
| ) | |
| CITY OF MIDWAY, ETAL (MIDWAY ) | |
| CITY HALL), and LIBERTY COUNTY, ) | |
| ETAL (LIBERTY CONSOLIDATED ) | |
| PLANNING COMMISSION), ) | |
| ) | |
| Defendants. ) | |

## ORDER

After a careful *de novo* review of the record in this case, the Court concurs with the Magistrate Judge's Report and Recommendation, to which no objections have been filed. Accordingly, the Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court.

SO ORDERED this 17th day of September, 2010.

WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT JUDGE
SOUTHERN DISTRICT OF GEORGIA