AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

Rose Strodder Ferdinand

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER:  CV410-190

Midway City Council, et al.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with the Court's Order dated November 12, 2010, adopting the Report and Recommendation of the Magistrate Judge and denying Plaintiff's motion for a preliminary injunction. IT IS FURTHER ORDERED that judgment be entered dismissing City of Midway and Liberty County, dismissing Plaintiff's amended complaint for lack of subject matter jurisdiction, dismissing Defendant Trans-World Properties, LLC's counterclaim and this case stands dismissed.

November 15, 2010        Scott L. Poff
Date                     Clerk

(By) Deputy Clerk

GAS Rev 10/1/03